# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J & S PRODUCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DONG IL KIM, et al., <br><br> Defendants. | Civil Action No.: 08-5930 (PGS) <br><br> **ORDER** |

This matter having been brought before the Court by plaintiff J & S Produce, Inc. ("Plaintiff") pursuant to a motion for default judgment; and the Court having conducted a default judgment hearing on May 10, 2010; and the Court having requested a supplemental submission from Plaintiff regarding the Perishable Agricultural Commodities Act, 7 U.S.C. § 499a, et seq.; and Plaintiff having failed to provide the requested submission; and for good cause having been shown;

It is on this 14th day of June 2010 **ORDERED** that Plaintiff's motion for default judgment is denied without prejudice. (Docket Entry 16.)

_____
HON. PETER G. SHERIDAN, U.S.D.J.

Dated: June 14, 2010